**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.10-cv-03069-REB-MJW

PAUL W. HILTON,

      Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO, DINING SERVICES,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Joint Stipulated Motion For Dismissal With Prejudice** [#29][1] filed August 3, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this case should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Joint Stipulated Motion For Dismissal With Prejudice** [#29] filed August 3, 2011, is **GRANTED**;

      2. That the Trial Preparation Conference set for February 17, 2012, is **VACATED**;

      3. That the jury trial set to commence March 5, 2012, is **VACATED**; and

      4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated August 4, 2011, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.